THE PIONEER STEAMSHIP COMPANY, Appellant, v. CANADA ATLANTIC GRAIN EXPORT COMPANY, INC., and Others, Respondents, and Another, Defendant. (SS. Mullen.) — Judgments affirmed. with costs. Order affirmed, with ten

dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.